UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES,<br><br>    Plaintiff,<br><br>  v.<br><br>KAHAAN LLC, dba THE BELMONT SHORE INN,<br><br>    Defendant. | No. 2:22-cv-00829 CKD<br><br><br>ORDER |

    This action was assigned to the undersigned Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Under the current Initial Scheduling Order, the filing of an answer triggers a 30-day deadline for the parties to file a joint status report addressing the subjects listed in Local Rule 240(a) in order to assist the court in setting a scheduling order for the case. (ECF No. 4, ¶ 3.) Because defendant filed an answer on August 8, 2022 (ECF No. 9), the parties' joint status report is currently due on or before September 7, 2022.

    To date, no Consent/Decline form has yet been filed by any party. The parties' prompt Consent/Decline election allows for proper case assignment and administrative processing. If all parties do not consent to the jurisdiction of a Magistrate Judge for all purposes, including for the

entry of final judgment under 28 U.S.C. § 636(c), then the assigned District Judge will direct the case's scheduling, and there would be no need for the parties to provide a joint status report to the undersigned.

The parties received information about the option to consent to such jurisdiction and the Consent/Decline form to notify the Clerk of the Court of their election. (See ECF No. 4-1.) There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). Still, each party must inform the court of their decision whether or not to consent to Magistrate Judge jurisdiction for all purposes.

Accordingly, it is HEREBY ORDERED that:

1. No later than **August 24, 2022**, all parties shall file their completed Consent/Decline form;

2. Should all parties choose to consent to Magistrate Judge jurisdiction for all purposes, the parties shall file their joint status report as originally ordered, no later than **September 7, 2022**, or shall timely request an extension of that deadline;

3. If any party declines Magistrate Judge jurisdiction, then a District Judge will be automatically assigned to this case as presiding judge, with the undersigned continuing for the referral purposes as set forth in the Local Rules.

Dated: August 10, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Cervantes22cv829.cdf