UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAHAAN LLC d/b/a THE BELMONT SHORE INN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00829-DJC-CKD<br><br>*Honorable Judge Daniel J. Calabretta*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>FAC Filed:　　June 1, 2022<br>Trial Date:　　None Set |

///

///

///

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1. IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Daniel Cervantes and Defendant Kahaan LLC d/b/a The Belmont Shore Inn's joint request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: May 30, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE